UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. CONOVER,<br><br>   Plaintiff,<br><br>  v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY INC.,<br><br>   Defendant. | Case No.  14-cv-03065-MEJ<br><br>**ORDER RE: FILING DOCUMENTS** |

  The Court has been informed by the Clerk's Office that it has received several faxed documents from Plaintiff Jeffrey S. Conover.  Although the Court will accept fax copies for filing, Plaintiff cannot fax the documents directly to the Court.  Instead, he must fax the documents to a "fax filing service" that, for a fee, will file documents in person at the Clerk's Office.  Civil Local Rules 5-2 and 5-3 provide detailed rules regarding the filing of documents.  Plaintiff can obtain a copy of the Local Rules at the Clerk's Office or online at http://cand.uscourts.gov/localrules/civil.  To find a fax filing service, consult resources such as www.rapidlegal.com.  General rules for filing documents are also explained in Chapter 5 of the Court's Pro Se Handbook, a valuable resource for parties representing themselves in this Court.  The handbook is available at the Clerk's Office and online at http://cand.uscourts.gov/prosehandbook.

  Plaintiff is hereby advised that the Clerk's Office will dispose of any documents that are faxed directly by him.  Only documents that are delivered in compliance with this Court's rules will be filed.

  **IT IS SO ORDERED.**

Dated: August 7, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. CONOVER,<br><br>  Plaintiff,<br><br> v.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY INC.,<br><br>  Defendant. | Case No. 14-cv-03065-MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/7/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey S. Conover
117 Bernal Rd 70188
San Jose, CA 95519

Dated: 8/7/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2